Freeman *v.* Diamond Plate Glass Co.

---

## FREEMAN ET AL. *v.* DIAMOND PLATE GLASS COMPANY ET AL.

[No. 4,743.    Filed April 1, 1904.]

From Howard Superior Court; *B. F. Harness*, Judge.

Action by Anna Freeman and others against the Diamond Plate Glass Company and another. From a judgment for defendants, plaintiffs appeal. *Reversed.*

*B. C. Moon*, for appellants.
*Milton Bell, W. C. Purdum, J. C. Blacklidge, C. C. Shirley* and *Conrad Wolf*, for appellees.

HENLEY, C. J.—The questions involved in this appeal are in all respects similar to the questions decided by the Supreme Court of this State in the case of *Hancock* v. *Diamond Plate Glass Co.*, 162 Ind.—, and upon authority of that case this case is reversed.

We are of the opinion that justice will best be subserved by granting a new trial in this case. The judgment is, therefore, reversed, and a new trial ordered.